De Witt Smith, Respondent, v. Thomas W. Stokes and Edward W. Barnes, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Evelyn Tremper, as Administratrix, etc., of Jacob Tremper, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward and Rich, JJ., concurred; Jenks and Thomas, JJ., dissented.

Louis N. Vause, Appellant, v. Gustav H. Schmetzer and Others, Respondents. — Judgment affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Richard S. White and Others, Appellants, v. The Maryland Casualty Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of Genet v. President, etc., D. & H. C. Co. (113 N. Y. 472). Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Louis Woelfle, Respondent, v. Richard E. Heningham, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Ida Blumquist, as Administratrix, etc., of Carl J. Blumquist, Deceased, Respondent, v. Snare & Triest Company, Appellant.— Motion to resettle order denied, without costs. Present— Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

Louis Kimmel, Respondent, v. The Prudential Insurance Company of America, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Opinion by Thomas, J.* Woodward, Jenks, Burr and Carr, JJ., concurred.